*ney*, for petitioner. *Robert J. McOsker*, City Solicitor, *Edward F. Malloy*, Asst. City Solicitor, for respondents.

M. P. No. 455. WILLIAM CONN *v.* ITT AETNA FINANCE COMPANY AND CHARLES H. YALEM, DAVID R. CORWIN, HENRY J. LOWENHAUPT, *Trustees.* Certiorari granted, petition ordered consolidated for hearing with plaintiff's appeal. *Beals, Sweeney & Jerue, David F. Sweeney, Richard P. Kearns*, for plaintiff. *Sidney Clifford, Jr.*, for defendants.

APPEAL No. 113. SIDNEY DAWSON *v.* RHODE ISLAND AUDITORIUM, INC. Reargument denied. *Edward I. Friedman, Mary Ellen McCabe*, for plaintiff. *Keenan, Rice & Dolan, John T. Keenan*, for defendant.

## June 27, 1968.

M. P. No. 460. DONNA L. DEL SANTO *v.* F. WILLIAM DEL SANTO. Certiorari and motion for stay in Family Court denied. *Robert H. Breslin, Jr.*, for petitioner-appellee. *Israel Moses*, for respondent-appellant.

M. P. No. 465. BERNARD J. WARD *v.* MARY WARD. Certiorari denied without prejudice. *Isidore Kirshenbaum*, for plaintiff-appellee. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes*, for defendant-appellant.

APPEAL No. 456. JOHN PENCAK, *et al. v.* JOHN D. IBBOTSON, *et al.* Motion to dismiss respondents' appeal granted. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle*, for petitioners-appellees. *John P. Bourcier, Leo Patrick McGowan*, for respondents-appellants.

## July 9, 1968.

M. P. No. 458. WILLIAM DOWNES *v.* VINCENT F. DEL NERO, GEORGE W. MICHAEL, FRANCIS J. O'CONNELL. Certiorari granted. *Ronald H. Glantz*, for petitioner. *James S. O'Brien*, for respondents.